

**ZACHARY W. CARTER**
*Corporation Counsel*

## THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DARA L. WEISS**
*Senior Counsel*
Tel. (212) 356-3517
Fax (212) 356-3509
daweiss@law.nyc.gov

March 19, 2014

**VIA FACSIMILE**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-21-14
```

Re: *Chelsea Elliot, et al., v. The City of New York, et al.* 12 Civ. 0992 (RWS)
*AND RELATED CASES*

Your Honor:

As you may recall, I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York ("City") in the above-referenced matters.

I write on behalf of all parties to request a further status conference in these matters. I have consulted with counsel for all parties, and if convenient for the Court, all are available to attend a conference on May 20, 2014, at 4:00pm.

Thank you for your consideration herein.

Respectfully submitted,

*So ordered*
*Sweet USDJ*
*3-19-14*

Dara L. Weiss
Senior Counsel

cc: All counsel via fax