

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DARA L. WEISS**
**Senior Counsel**
Tel. (212) 356-3517
Fax (212) 356-3509
daweiss@law.nyc.gov

July 8, 2015

**VIA ECF**
Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Damien Crisp v. The City of New York, et al.* 12 Civ. 5842(RWS)(MHD)

Your Honor:

    I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York in the above-referenced matter. Attached please find a Stipulation and Order of Dismissal for endorsement by the Court. The signature line for the Court's endorsement is in Hon. Robert W. Sweet's name, but I can have it changed to Your Honor's name if you so require.

    Thank you for your consideration herein.

    Respectfully submitted,

    /s/
    Dara L. Weiss
    Senior Counsel

cc:    All counsel via ECF