```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15

```
-------------------------------------X
DAMIEN CRISP,

                    Plaintiff,            12 Civ. 5842 (RWS)

     - against -

THE CITY OF NEW YORK, et al,

                    Defendants.
-------------------------------------X
RHEANNONE BALL

                    Plaintiff,            13 Civ. 5563 (RWS)

     - against -

THE CITY OF NEW YORK, et al,

                    Defendants.
-------------------------------------X
CHELSEA ELLIOT, et al,

                    Plaintiffs,           12 Civ. 992 (RWS)

     - against -

THE CITY OF NEW YORK, et al,

                    Defendants.
-------------------------------------X
JULIE LAWLER,

                    Plaintiff,            12 Civ. 5843 (RWS)

     - against -

THE CITY OF NEW YORK, et al,

                    Defendants.
-------------------------------------X
```

```
-----------------------------------------X
KELLY HANLIN,

                    Plaintiff,           12 Civ. 5844 (RWS)

     - against -

THE CITY OF NEW YORK, et al,

                    Defendants.
-----------------------------------------X
JOHANNE STERLING, et al,

                    Plaintiffs,          12 Civ. 7086 (RWS)

     - against -

THE CITY OF NEW YORK, et al,

                    Defendants.
-----------------------------------------X
KELLY SCHOMBURG,

                    Plaintiff,           12 Civ. 7161 (RWS)

     - against -

NYPD DTY INSPECTOR ANTHONY BOLOGNA,
et al,

                    Defendants.
-----------------------------------------X
KAYLEE DEDRICK,

                    Plaintiff,           12 Civ. 7165 (RWS)

     - against -

THE CITY OF NEW YORK, et al,

                    Defendants.
-----------------------------------------X
```

```
------------------------------------------X
AMANDA CLARKE, et al,

                    Plaintiffs,              12 Civ. 5303 (RWS)

     - against -

THE CITY OF NEW YORK, et al,


                    Defendants.
------------------------------------------X
ELIZABETH DIERKEN, et al,

                    Plaintiffs,              12 Civ. 7462 (RWS)

     - against -                              AMENDMENT

THE CITY OF NEW YORK, et al,


                    Defendants.
------------------------------------------X
```

**Sweet, D.J.**

The initial designation order referring the above entitled actions to the Honorable Michael H. Dolinger (ECF No. 25) is amended as follows: For the purposes of judicial efficiency, the above entitled actions are referred to the Honorable Michael H. Dolinger for general pretrial matters, including scheduling, discovery, and settlement.

It is so ordered.

**New York, NY**
**March 19, 2015**

_____
ROBERT W. SWEET
U.S.D.J.