6/4/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIEN CRISP,

Plaintiff,

-against-

CITY OF NEW YORK et al.

Defendants.

ORDER

12cv5842 (RWS)(MHD)

JULIE LAWLER,

Plaintiff,

-against-

THE CITY OF NEW YORK et al.,

Defendants.

12cv5843 (RWS)(MHD)

KELLY HANLIN,

Plaintiff,

-against-

CITY OF NEW YORK et al.,

Defendants.

12cv5844 (RWS)(MHD)

CHELSEA ELLIOT et al.,

Plaintiffs,

-against-

CITY OF NEW YORK et al.,

Defendants.

12cv0992 (RWS)(MHD)

KELLY DEDRICK,

Plaintiffs,

-against-

CITY OF NEW YORK et al.,

Defendants.

12cv7165 (RWS)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference in the above-captioned matter has been scheduled before the undersigned on **WEDNESDAY, JUNE 17, 2015** at **2:00 P.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference. Given the complexities presented in the

above-captioned matters, the court also expects defendants to have had substantive conversations among themselves regarding the relevant issues and plaintiffs to have similarly conversed among themselves, in addition to plaintiffs and defendants having spoken with each other, **by no later than one week prior** to this settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

**Dated: New York, New York**
**June 4, 2015**

**SO ORDERED.**

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

The parties have been notified through ECF.